IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUDY ENAILLO,

    Petitioner,

v.                                                             CASE NO. 4:04CV489-MMP/AK

JOHN ASHCROFT,

    Respondent.

_____/

**REPORT AND RECOMMENDATION**

    This matter, which was transferred to this district from the United States District Court for the Middle District of Florida, is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 16 at Doc. 1. Since this immigration matter was received here, neither this Court nor the transferring court has been able to contact Petitioner, his mail having been repeatedly returned as undeliverable. *See* Docs. 18 & 19. Petitioner did not leave a forwarding address at his last place of incarceration, and the Clerk's investigation reveals that Petitioner has been deported to Haiti. *See* Doc. 18.

    It is Petitioner's responsibility to keep this Court apprised of a current mailing address at all times during the course of litigation. Petitioner has failed in this responsibility, and the Court, after exercising due diligence to locate him, has not been able to identify his current address. This Court therefore has no hesitation in recommending that this cause be dismissed pursuant to Fed. R. Civ. P. 41(b).

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Gainesville, Florida, this __**12th**__ day of April, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**