IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUDY ENAILLO,

    Petitioner,

v.                                                        CASE NO. 4:04-cv-00489-MP-AK

JOHN ASHCROFT,
HOMELAND SECURITY,
IMMIGRATION AND NATURALIZATION SERVICE,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendations of Magistrate Judge Kornblum, recommending that Plaintiff's case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Magistrate Judge filed the Report and Recommendation on Tuesday, April 12, 2005. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**DONE AND ORDERED** this   *21st*   day of June, 2005.

                    *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge